```
 1                  UNITED STATES BANKRUPTCY COURT

 2                   CENTRAL DISTRICT OF CALIFORNIA

 3                             --oOo--

 4  In Re:                          ) Case No. 2:13-bk-14135-RK
                                    )
 5  ART AND ARCHITECTURE BOOKS      ) Chapter 11
    OF THE 21ST CENTURY,            )
 6                                  ) Los Angeles, California
              Debtor.               ) Tuesday, June 14, 2016
 7  _____) 11:00 a.m.
                                    )
 8  ART AND ARCHITECTURE BOOKS      ) Adv. No. 2:15-ap-01105-RK
    OF THE 21ST CENTURY,            )
 9                                  )
              Plaintiff,            )
10                                  )
         vs.                        )
11                                  )
    AERC DESMONDS,                  )
12                                  )
              Defendant.            )
13  _____)
                                    )
14  ART AND ARCHITECTURE BOOKS      )  Adv. No. 2:13-ap-01747-RK
    OF THE 21ST CENTURY,            )
15                                  )
              Plaintiff,            )
16                                  )
         vs.                        )
17                                  )
    AERC DESMONDS,                  )
18                                  )
              Defendant.            )
19  _____)

20                                     CONT'D STATUS CONFERENCE RE:
                                       MANAGEMENT OF CHAPTER 11 CASE
21
                                       CONT'D HEARING RE: MOTION FOR
22                                     RELIEF FROM STAY (AERC
                                       DESMOND'S TOWER, LLC VS
23                                     DEBTOR)

24
    Proceedings recorded by electronic sound recording;
25  transcript produced by transcription service.
```

*Briggs Reporting Company, Inc.*

```
 1                          CONT'D HEARING RE: MOTION TO
                            CONFIRM TERMINATION OF THE
 2                          STAY ORDER OR, IN THE
                            ALTERNATIVE, TO MODIFY STAY
 3                          ORDER

 4                          CONT'D HEARING RE: AERC
                            DESMOND'S TOWER, LLC'S MOTION
 5                          FOR ALLOWANCE AND PAYMENT OF
                            ADMINISTRATIVE EXPENSES
 6
                            CONT'D HEARING RE: COMPLAINT
 7                          FOR:
                            (1) AVOIDANCE AND RECOVERY OF
 8                          TRANSFERS [11 U.S.C. SECTIONS
                            548(a)(1)(B), 550(a) & 551];
 9                          AND
                            (2) DISALLOWANCE OF ANY CLAIMS
10                          HELD BY DEFENDANT [11 U.S.C.
                            SECTION 502(d)]
11
                            CONT'D HEARING RE: MOTION OF
12                          ART AND ARCHITECTURE BOOKS OF
                            THE 21ST CENTURY, DBA ACE
13                          GALLERY TO DISMISS
                            COUNTERCLAIMS OF AERC
14                          DESMOND'S TOWER LLC PURSUANT
                            TO FED. R. CIVIL P. 12(b)(6)
15
                            CONT'D HEARING RE: MOTION FOR
16                          JUDGMENT ON THE PLEADINGS
                            STATUS CONFERENCE RE:
17                          COMPLAINT FOR:
                            (1) BREACH OF CONTRACT;
18                          (2) BREACH OF COVENANT OF GOOD
                            FAITH AND DEALING;
19                          (3) FORCIBLE DETAINER;
                            (4) TRESPASS;
20                          (5) INJUNCTIVE RELIEF;
                            (6) TURNOVER OF PROPERTY OF
21                          THE ESTATE; AND
                            (7) VIOLATION OF AUTOMATIC
22                          STAY AND SANCTIONS IN
                            CONNECTION THEREWITH
23
                   TRANSCRIPT OF PROCEEDINGS
24           BEFORE THE HONORABLE ROBERT KWAN
              UNITED STATES BANKRUPTCY JUDGE
25
```

```
                                                                iii
 1  APPEARANCES:

 2  For AERC Desmond's Tower,      MICHAEL C. SCHNEIDEREIT, ESQ.
       LLC:                        Jones Day
 3                                 555 South Flower Street
                                   50th Floor
 4                                 Los Angeles, California 90071
                                   (213) 243-2475
 5

 6  For the Plan Agent,            VICTOR A. SAHN, ESQ.
       Sam Leslie:                 Sulmeyer Kupetz
 7                                 333 South Hope Street
                                   35th Floor
 8                                 Los Angeles, California 90071
                                   (213) 617-5231
 9
                                   CAROLYN A. DYE, ESQ.
10                                 3435 Wilshire Boulevard
                                   Suite 990
11                                 Los Angeles, California 90010
                                   (213) 368-5000
12

13  For Eric Wilson, Wilson        ALAN I. NAHMIAS, ESQ.
       Administrative Services     Mirman, Bubman & Nahmias, LLP
14     and Telford Building:       21860 Burbank Boulevard
                                   Suite 360
15                                 Woodland Hills, California
                                     91367
16                                 (818) 995-2555

17  Court Recorder:                Shafari Tatum
                                   United States Bankruptcy Court
18                                 Edward R. Roybal Federal
                                     Building
19                                 255 East Temple Street
                                   Los Angeles, California 90012
20

21  Transcriber:                   Briggs Reporting Company, Inc.
                                   4455 Morena Boulevard
22                                 Suite 104
                                   San Diego, California 92117
23                                 (310) 410-4151

24

25
```

*Briggs Reporting Company, Inc.*

```
                                                                 1
 1     LOS ANGELES, CALIFORNIA TUESDAY, JUNE 14, 2016 11:00 AM
 2                            --oOo--
 3       (Call to order of the Court.)
 4          THE COURT:  All right.  Art and Architecture Books
 5  of the 21st Century, 7.1.  Let's see, eight, nine, 10, 11,
 6  12, 13, 14.  All right.  Art and Architecture Books of the
 7  21st Century, 7.1 through 14.
 8          MR. SAHN:  Your Honor --
 9          THE COURT:  Are you starting us off, Mr. Sahn?
10          MR. SAHN:  Yes, I am.  Victor Sahn, Sulmeyer
11  Kupetz, special counsel for the plan agent, Sam Leslie.  And
12  I'm here, I think, on all of the matters with the exception
13  of the Jones Day motion.
14          THE COURT:  I'm sorry.  Which Jones Day motion?
15          MS. DYE:  That was in the afternoon.
16          THE COURT:  That's in the afternoon.  That's 2:30.
17          MR. SAHN:  Is that in the afternoon?  Okay.
18  Sorry, your Honor.  Then I'm here on all matters.
19          THE COURT:  All right.  You can come back at 2:30.
20          MR. SAHN:  No --
21          THE COURT:  That's not your matter, so.
22          MR. SAHN:  -- I won't be here.
23          THE COURT:  Okay.
24          MS. DYE:  I'll be here, your Honor.
25          THE COURT:  Yeah.  Ms. Dye will be here.  She
```

2

1  filed something.
2        MS. DYE:  Yes, I did.  Carolyn Dye appearing for
3  Sam Leslie, the plan agent.
4        THE COURT:  All right.
5        MR. NAHMIAS:  Good morning, your Honor.  Alan
6  Nahmias, Mirman, Bubman and Nahmias, on behalf of Eric
7  Wilson, Wilson Administrative Services and Telford Building.
8  Thank you.
9        MR. SCHNEIDEREIT:  Good morning, your Honor.
10 Michael Schneidereit, Jones Day, for AERC Desmond's Tower,
11 LLC.
12       THE COURT:  All right.
13       Anyone else?  I didn't see any other reservations
14 on court call.  Is there anyone on court call appearing on
15 these matters, Art and Architecture Books of the 21st
16 Century?
17       THE OPERATOR:  Your Honor, this is court call.  We
18 have no one that has dialed into that matter.
19       THE COURT:  All right.  Seven-point-one is the
20 status conference.
21       Mr. Sahn, did you want to address the Court?
22       MR. SAHN:  I think Ms. Dye is --
23       THE COURT:  Ms. Dye.
24       MS. DYE:  Briefly, your Honor, the plan agent has
25 been very busy.  And the good news is the operations have

3

1  continued to progress.  The staff at the museum is -- sorry,
2  the museum, that is on my mind -- at the gallery --
3          THE COURT:  Well, I don't know.  After reading the
4  report, maybe it really is.
5          MS. DYE:  Yes, it really is on my mind.  It may
6  well be on yours as well soon.  The staff has --
7          THE COURT:  Well, it sounds like after reading
8  this report, which is very interesting reading, that maybe
9  it should be.  You know, there should be some activity
10 because we're talking about property of the estate.
11         MS. DYE:  It's planned, your Honor.  It's
12 underway.  So the staff at the gallery has been very helpful
13 and are enthusiastically supporting this new program.  Mr.
14 Leslie's going his best to rebrand the gallery as Ace Point
15 2.0.  It's a beautiful show that opened on Saturday attended
16 by 500 people.  Many of the artists who were represented by
17 the gallery were there, and they're all onboard.  So far so
18 good as to that.
19         The forensic accounting exercise is getting, is
20 near completion as to the internecine transactions among
21 these various entities.  And as soon as we have a few more
22 details on that to wrap it up, we'll incorporate that into
23 the next status report.
24         And we're going to provide some details that will
25 be needed for either some new lawsuits or amended

4

1  complaints, to -- and the existing adversaries, to expand
2  the allegations that are, that -- in the issues that need to
3  be litigated.
4          So, on the revenue side, things are picking up,
5  ramping up.  We have things in progress.  It's a little slow
6  go, but a lot of what we're finding is buyers at this price
7  point need to be romanced a bit.  But they are lining up,
8  and people have expressed interest in obtaining works that
9  have been sort of sequestered for many years at the gallery
10 for various reasons, none of which have made any sense,
11 frankly.
12         So, in short, the things are progressing well, and
13 we're hopeful that by the time we submit our next status
14 report you'll have some substantive detail, both on the
15 revenue expense side, as well as the things that we found
16 that will form the basis for these new issues that need to
17 be adjudicated.
18         THE COURT:  All right.  Thank you, Ms. Dye.
19         Other counsel wish to be heard regarding the
20 status report?
21         Ms. Dye, when should the Court set a further
22 status conference in the case?
23         MS. DYE:  I believe that there was some discussion
24 of making it July the 6th.
25         THE COURT:  July 6th?

5

```
 1        MS. DYE:  Yes.  I think there was some, there was
 2  some other matters on file at that -- or on calendar at that
 3  point.
 4        THE COURT:  Set it for that day?
 5        MS. DYE:  Yes.
 6        THE COURT:  At 11:00?
 7        MS. DYE:  Yes.
 8        THE COURT:  All right.  So, I'll set a further
 9  status conference on July 6th, 2016 at 11:00 a.m.
10        Given that it's only three weeks away, I'm not
11  going to require you to file a status report, so it will be
12  optional.
13        MS. DYE:  Okay.
14        THE COURT:  But, you know, if you feel that you
15  want to file something, that's fine, but it's not going to
16  be required.
17        MS. DYE:  All right.
18        THE COURT:  Just report orally if you so desire.
19        MS. DYE:  Thank you.
20        THE COURT:  All right.
21        Item number eight is -- and nine on -- these are
22  stay relief motions and motion to modify or terminate the
23  stay.
24        We have Mr. Sahn.  You're appearing, Mr. Sahn?
25        MR. SAHN:  Yes, your Honor.
```

6

```
 1          THE COURT:  And Mr. Schneidereit, you're
 2 appearing?
 3          MR. SCHNEIDEREIT:  Yes, your Honor.
 4          THE COURT:  Okay.
 5          MR. SAHN:  I think we have agreed that these
 6 matters can be put over for a period of time.  It just
 7 hasn't been -- Mr. Leslie has a desire to try and limit
 8 professional fees if he can, and he is tremendously busy
 9 dealing with operational issues.  And we've been talking,
10 Mr. Schneidereit and I, about these kind of trailing matters
11 that have been trailing for a very long time, but just have
12 not been able to reach a resolution.
13          THE COURT:  Well, okay.
14          MR. SAHN:  So I think --
15          THE COURT:  No, that's helpful.  Because it seems
16 to me that the parties are thinking more globally at this
17 point, given the revelations that were discussed in the
18 status report, that those, I think those matters need
19 probably immediate attention.  And I think Mr. Leslie needs
20 to talk with landlord's counsel regarding, right, the exit
21 strategy regarding -- maybe that's not the right word.  The
22 global resolution of the issues presented by the lease and
23 the landlord's claims.
24          MR. SAHN:  I think everyone agrees on that, your
25 Honor.  And we're trying to move toward that point.
```

7

1  THE COURT: Right. I know that he's doing a lot
2 of juggling at this point, because there's a lot on his
3 plate. The Court understands that.
4  Mr. Schneidereit, do you want to be heard as far
5 as when the next stay should be? Is that agreeable to AERC?
6  MR. SCHNEIDEREIT: It is, your Honor. And, you
7 know, this would apply actually to all of the matters from
8 nine through 14, including admin expense motion. And, you
9 know, we would suggest that they be continued to a date in
10 early August, if possible.
11  THE COURT: "Early August," mister -- is that
12 agreeable, Mr. Sahn?
13  MR. SAHN: Yes, your Honor.
14  THE COURT: All right.
15  MR. SAHN: I wanted to make one comment about item
16 number 10, as well.
17  THE COURT: All right. Item number 10. Go ahead,
18 Mr. Sahn.
19  MR. SAHN: Your Honor, we have had a discussion
20 since the last hearing, AERC's counsel and ourselves and Ms.
21 Dye, including Ms. Dye, regarding this particular matter.
22 And, again, while we hope we can, frankly, have a mediation
23 and try and resolve all of this including this motion, you
24 had asked a question and it's set forth in your tentative
25 ruling, about questions of fact.

8

1       And at the last hearing I think we had a
2  discussion on the record about whether there would be a need
3  for third-party testimony, valuation testimony, those kinds
4  of things that might be attending to this motion.  And we
5  just wanted to say that we've discussed that point, and we
6  don't think that is necessary.  We don't think valuation
7  testimony is necessary.  We think based on the papers --
8       THE COURT:  Well, what I wanted to make sure is
9  that, you know, the parties agreed what the universe of
10 evidence is for the Court to resolve the contested matter --
11      MR. SCHNEIDEREIT:  Your Honor.
12      THE COURT:  Yes?
13      MR. SCHNEIDEREIT:  If I can make a proposal,
14 perhaps Mr. Sahn and I could reach, submit a stipulation on
15 sort of the parameters of -- we agree with Mr. Sahn that we
16 don't think the evidentiary hearing is necessary.
17      THE COURT:  Right.  I have to ask because I think
18 there are disputes.  But I want to make sure that, you know,
19 the parties have before the Court what they want to be as
20 the record for the Court to decide the matter.  And that's
21 why I sort of asked if there was.
22      And if you agree that there's no need from either
23 side to have to engage in any active litigation process, and
24 that you can agree what the record should be, then just let
25 me know.  That's what I wanted you to, have that discussion.

*Briggs Reporting Company, Inc.*

```
                                                                 9
 1          MR. SAHN:  I think a stipulation's a good idea,
 2 your Honor.
 3          THE COURT:  Right.  That's fine with the Court.
 4          MR. SCHNEIDEREIT:  Thank you, your Honor.
 5          MR. SAHN:  Thank you, your Honor.
 6          THE COURT:  So, early August.  So, August 3rd,
 7 10th?  Are either of those dates good?
 8          MR. SAHN:  August 3rd is fine with us, or August
 9 10th.
10          THE COURT:  Mr. Schneidereit, August 3rd at 11:00?
11          MR. SCHNEIDEREIT:  It sounds great, your Honor.
12 Thank you.
13          THE COURT:  All right.  Because that's early
14 August.  All right.  For all the matters, eight through, I
15 believe, 14.  All right.  Is noticed waived?
16          MS. DYE:  Notice waived.
17          MR. SCHNEIDEREIT:  Notice waived.
18          THE COURT:  All right.  Anything further on these
19 matters?
20          I'll see Ms. Dye and someone else from your
21 office, Mr. Schneidereit.  I don't think you're coming for
22 that.  Mr. Spiegel, I think it is.
23          MR. SCHNEIDEREIT:  Nothing to do with that, your
24 Honor.
25          THE COURT:  It's his, it's his matter.  All right.
```

*Briggs Reporting Company, Inc.*

10

1  MR. SAHN: So August 3rd at 11:00 a.m., your
2  Honor?
3  THE COURT: Yes, on eight through 14. Thank you.
4  MR. SAHN: Thank you, your Honor.
5  MS. DYE: Thank you.
6  MR. SCHNEIDEREIT: Thank you, your Honor.
7  (Proceedings concluded.)
8
9  I certify that the foregoing is a correct
10 transcript from the electronic sound recording of the
11 proceedings in the above-entitled matter.
12 /s/ Holly Martens          7-15-16
   Transcriber               Date
13
14
...
25